

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18cr4526-BAS |
| Plaintiff, | ORDER OF CRIMINAL FORFEITURE |
| v. | |
| TRAVIS RAYNOR, | |
| Defendant. | |

WHEREAS, in the Indictment returned in this case, the United States sought forfeiture of all firearms and ammunition involved in the commission of the offense and all proceeds and all property used to facilitate the offense charged in Count 1 of the Indictment, pursuant to 21 U.S.C. § 853; and

WHEREAS, pursuant to the terms of the Plea Agreement between the parties, the Defendant consented to the forfeiture of all properties seized in connection with this case, including but not limited to, all firearms and ammunition involved in the commission of, or were used or intended to be used to commit or to facilitate the offense set forth in Count 1 of the Indictment, pursuant to 21 U.S.C. § 853(a)(2), which were involved in the violation of 21 U.S.C. § 843(b), as charged in Count 1 of the Indictment; and

WHEREAS, on or about October 3, 2019, the Defendant pled guilty to Count 1 of the Indictment before Magistrate Judge Linda Lopez, which plea included consent to forfeiture of all properties seized in connection with this case, including all firearms and

ammunition involved in the commission of the offense, including forfeiture of a .40 caliber Glock handgun, Serial No. WTM884; and a .22 caliber rifle, Serial No. E015898; and

WHEREAS, on October 24, 2019, this Court accepted Defendant's guilty plea to the Indictment; and

WHEREAS, by virtue of the facts set forth in the Plea Agreement, the United States has established the requisite nexus between the .40 caliber Glock handgun, Serial No. WTM884; and .22 caliber rifle, Serial No. E015898, and the offense of conviction; and

WHEREAS, by virtue of Defendant's factual admissions and guilty plea to the Indictment, the .40 caliber Glock handgun, Serial No. WTM884; and .22 caliber rifle, Serial No. E015898, are hereby ordered forfeited to the United States, and it is now entitled to possession of said properties, pursuant to 21 U.S.C. § 853(a)(2); and

WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to take custody of the following properties which are hereby found forfeitable by the Court, namely: a .40 caliber Glock handgun, Serial No. WTM884; and .22 caliber rifle, Serial No. E015898; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record to review, and no objections having been received.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based upon the factual admissions of the Defendant and his guilty plea to Count 1, the United States is hereby authorized to take custody and control of the following properties, and the Defendant has hereby forfeited to the United States all of his right, title, and interest to said properties pursuant to 21 U.S.C. § 853(a)(2), for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n): a .40 caliber Glock handgun, Serial No. WTM884; and .22 caliber rifle, Serial No. E015898.

2. The firearms described above are currently in the custody of the San Diego County Sheriff's Department ("SDCSD"), are to be held by SDCSD in its secure custody and control, and will be disposed of by SDCSD at the conclusion of this matter, according to law.

2

18cr4526

3. Pursuant to Rule 32.2(b)(4), this Order of Criminal Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

DATED: 1/13/2020

Hon. CYNTHIA BASHANT
United States District Court