# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRAVIS RAYNOR,<br><br>　　　　　Defendant. | Case Nos.: 18-CR-4526-BAS<br><br>ORDER TERMINATING PROBATION |

Good cause appearing in defendant's motion, the Court orders the remainder of Mr. Raynor's probation terminated forthwith pursuant to 18 U.S.C. § 3564(c).

Dated: February 22, 2024

Hon. Cynthia Bashant
United States District Judge